**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MIRIAM LUGO,

   Plaintiff

CASE NO.:  6:17-cv-01470-CEM-GJK

-vs-

WELLS FARGO BANK, N.A.,

   Defendant.

_____/

**NOTICE OF SETTLEMENT**

     Plaintiff, Miriam Lugo, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 9, 2018

                                                        */s/Octavio Gomez*
Octavio "Tav" Gomez, Esquire
Florida Bar No.: 338620
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
Primary Email:
TGomez@ForThePeople.com
Secondary Email:
MMartinez@ForThePeople.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2018, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

                                                  */s/ Octavio Gomez*
                                                  Octavio "Tav" Gomez, Esquire
                                                  Florida Bar #: 0338620